IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARTY A. BRYANT, ) | |
| ) | |
| Petitioner/Defendant, ) | |
| ) | CIVIL NO. 05-CV-4007-JPG |
| vs. ) | |
| ) | CRIMINAL NO. 03-CR-40024 |
| UNITED STATES of AMERICA , ) | |
| ) | |
| Respondent/Plaintiff. ) | |

**MEMORANDUM AND ORDER**

**GILBERT, District Judge:**

The Court previously granted Petitioner's motion to set aside the order which closed this case (*see* Docs. 6, 7). The Government has now filed a motion to reconsider that decision (Doc. 9), disputing Petitioner's contention that he was not represented by Counsel at the time this action was voluntarily dismissed.

**IT IS HEREBY ORDERED** that within **THIRTY (30) DAYS** of the date of entry of this order, Petitioner shall **SHOW CAUSE** why the Court should not grant the Government's motion.

**IT IS FURTHER ORDERED** that if Petitioner fails to show cause within the allotted time, the Court will grant the Government's motion and will, once again, dismiss this case. Because the Government's motion implies that Petitioner may have attempted to perpetrate a fraud upon the Court by misrepresenting certain facts, granting the Government's motion will result in a dismissal with prejudice.

To ensure a timely response, the Clerk is **DIRECTED** to provide a copy of the Government's motion (Doc. 9) to Petitioner with his copy of this order.

**IT IS SO ORDERED.**

**Dated: April 4, 2006**

 s/ J. Phil Gilbert
 U. S. District Judge